No. 64099.—The Milford Co. of California, by: John L. Westland & Son, Inc. v. United States, protest 59/17592 (Los Angeles).

Opinion by JOHNSON, J.  In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

BEFORE THE THIRD DIVISION, APRIL 21, 1960

No. 64100.—James G. Wiley v. United States, protest 59/21613 (Los Angeles).

Opinion by DONLON, J.  The protest was dismissed for lack of prosecution.

No. 64101.—Park & Tilford Import Corporation v. United States, protests 716799–G, etc. (New York).

Opinion by RICHARDSON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

No. 64102.—H. H. Elder & Co. and Schenley Import Co. v. United States, protests 971949–G, etc. (Los Angeles).

Opinion by RICHARDSON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

No. 64103.—National Wines & Liquors, Inc., et al. v. United States, protests 60170–K, etc. (New York).

Opinion by RICHARDSON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

No. 64104.—Foreign Vintages, Inc., et al. v. United States, protests 117545–K(B), etc. (New York).